[No. 21186-6-II.     Division Two.     March 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY A. YOUNG, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC-4495, Jay B. Roof, J., entered September 5, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.


[No. 14685-5-III.     Division Three.     April 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL V. SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-8-00351-4, John E. Bridges, J., entered February 9, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz, J., and Thompson, J. Pro Tem.


[Nos. 15817-9-III; 15892-6-III.     Division Three.     April 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK GENE RAMSETH, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 95-1-02181-7, 95-1-02500-6, Kathleen M. O'Connor and Thomas E. Merryman, JJ., entered May 20 and June 20, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.


[No. 16550-7-III.     Division Three.     April 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ANGELO MANIGLIA, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 95-1-00049-5, Larry M. Kristianson, J., entered March 11, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Kato, J.